**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HONGSERMEIER, BRENT W | § Case No. 12-83958 |
| HONGSERMEIER, CARRIE A | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 22, 2012. The undersigned trustee was appointed on March 13, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         10,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14.67 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 9,975.33 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/17/2013 and the deadline for filing governmental claims was 04/20/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/25/2013          By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83958  
**Case Name:** HONGSERMEIER, BRENT W  
HONGSERMEIER, CARRIE A  
**Period Ending:** 06/25/13

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/22/12 (f)  
**§341(a) Meeting Date:** 11/29/12  
**Claims Bar Date:** 05/17/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Single family residence located at 710 Park Ave, Imported from original petition Doc# 8 | 215,000.00 | 0.00 | | 0.00 | FA |
| 2 | Detached garage located at corner of Bouthier an Imported from original petition Doc# 8 | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 3 | Cash from wages Imported from original petition Doc# 8 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account at Galena State Bank Imported from original petition Doc# 8 | 500.00 | 350.00 | | 0.00 | FA |
| 5 | Business checking at Galena State Bank, Galena, Imported from original petition Doc# 8 | 200.00 | 200.00 | | 0.00 | FA |
| 6 | 2 Checking accounts at First Community Bank, Gal Imported from original petition Doc# 8 | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Furniture, furnishings, appliances and misc. oth Imported from original petition Doc# 8 | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Books, pictures, dvds, music cds, coins and misc Imported from original petition Doc# 8 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Debtor's clothing Imported from original petition Doc# 8 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Rings, watches and misc. other items Imported from original petition Doc# 8 | 350.00 | 0.00 | | 0.00 | FA |
| 11 | Misc. sporting goods and recreational items Imported from original petition Doc# 8 | 250.00 | 100.00 | | 0.00 | FA |
| 12 | Term life policy Imported from original petition Doc# 8 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Mr Hongsermeier is self employed on a part time Imported from original petition Doc# 8 | Unknown | 0.00 | | 0.00 | FA |
| 14 | Money owed for painting jobs Imported from original petition Doc# 8 | 500.00 | 500.00 | | 0.00 | FA |
| 15 | Social security for wife Imported from original petition Doc# 8 | 465.00 | 15.00 | | 0.00 | FA |
| 16 | 2000 Dodge Caravan vehicle Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83958
**Case Name:** HONGSERMEIER, BRENT W
HONGSERMEIER, CARRIE A
**Period Ending:** 06/25/13

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 10/22/12 (f)
**§341(a) Meeting Date:** 11/29/12
**Claims Bar Date:** 05/17/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17   2003 Dodge Dakota   Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 18   1991 Ford bucket truck   Imported from original petition Doc# 8 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 19   1972 Dodge dart owned by son   Imported from original petition Doc# 8 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 20   Equipment used in painting and restoration busin   Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 21   Misc. antique inventory   Imported from original petition Doc# 8 | 4,000.00 | 600.00 | | 0.00 | FA |
| 22   Misc. household implements and tools   Imported from original petition Doc# 8 | 150.00 | 0.00 | | 0.00 | FA |
| 23   lawn mower and misc. lawn equipment   Imported from original petition Doc# 8 | 200.00 | 0.00 | | 0.00 | FA |
| 23   Assets   Totals (Excluding unknown values) | **$245,215.00** | **$16,265.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 25, 2013         **Current Projected Date Of Final Report (TFR):**   June 25, 2013  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-83958 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | HONGSERMEIER, BRENT W | | **Bank Name:** | Rabobank, N.A. |
| | HONGSERMEIER, CARRIE A | | **Account:** | ****903766 - Checking Account |
| **Taxpayer ID #:** | **-***5149 | | **Blanket Bond:** | $277,000.00  (per case limit) |
| **Period Ending:** | 06/25/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/20/13 | {2} | Brent Hongsermeier | payment per Order re garage | 1110-000 | 10,000.00 | | 10,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 06/11/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2013 FOR CASE #12-83958 | 2300-000 | | 14.67 | 9,975.33 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 24.67 | **$9,975.33** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.00 | 24.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$24.67** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ****903766** | **10,000.00** | **24.67** | **9,975.33** |
| | **$10,000.00** | **$24.67** | **$9,975.33** |

{} Asset reference(s)   Printed: 06/25/2013 07:04 AM   V.13.13

Printed: 06/25/13 07:04 AM    **Claims Distribution Register**    Page: 1

### Case:  12-83958   HONGSERMEIER, BRENT W

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Admin Ch. 7 Claims:** | | | | | | | | |
|  | 10/22/12 | 200 | Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 796.50 | 796.50 | 0.00 | 796.50 | 796.50 |
|  | 10/22/12 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;2100-00   Trustee Compensation&gt; | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 | 1,750.00 |
|  | | | **Total for Priority 200:    100% Paid** | **$2,546.50** | **$2,546.50** | **$0.00** | **$2,546.50** | **$2,546.50** |
|  | | | **Total for Admin Ch. 7 Claims:** | **$2,546.50** | **$2,546.50** | **$0.00** | **$2,546.50** | **$2,546.50** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 02/18/13 | 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 8,234.97 | 8,234.97 | 0.00 | 8,234.97 | 1,086.23 |
| 2 | 02/18/13 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 3,821.04 | 3,821.04 | 0.00 | 3,821.04 | 504.01 |
| 3 | 02/25/13 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,591.82 | 1,591.82 | 0.00 | 1,591.82 | 209.97 |
| 4 | 02/25/13 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 14,100.68 | 14,100.68 | 0.00 | 14,100.68 | 1,859.94 |
| 5 | 02/27/13 | 610 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,489.09 | 1,489.09 | 0.00 | 1,489.09 | 196.42 |
| 6 | 03/01/13 | 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,723.19 | 2,723.19 | 0.00 | 2,723.19 | 359.20 |

Printed: 06/25/13 07:04 AM           **Claims Distribution Register**           Page: 2

**Case: 12-83958   HONGSERMEIER, BRENT W**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 03/01/13 | 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)> | 1,271.02 | 1,271.02 | 0.00 | 1,271.02 | 167.65 |
| 8 | 03/01/13 | 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)> | 4,817.44 | 4,817.44 | 0.00 | 4,817.44 | 635.44 |
| 9 | 03/01/13 | 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)> | 2,274.66 | 2,274.66 | 0.00 | 2,274.66 | 300.04 |
| 10 | 03/28/13 | 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 126.96 | 126.96 | 0.00 | 126.96 | 16.75 |
| 11 | 04/02/13 | 610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410<br><7100-00   General Unsecured § 726(a)(2)> | 1,464.75 | 1,464.75 | 0.00 | 1,464.75 | 193.21 |
| 12 | 04/30/13 | 610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)> | 275.94 | 275.94 | 0.00 | 275.94 | 36.40 |
| 13 | 05/01/13 | 610 | eCAST Settlement Corporation,<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br><7100-00   General Unsecured § 726(a)(2)> | 347.76 | 347.76 | 0.00 | 347.76 | 45.87 |
| 14 | 05/08/13 | 610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 5,668.96 | 5,668.96 | 0.00 | 5,668.96 | 747.76 |
| 15 | 05/08/13 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 156.55 | 156.55 | 0.00 | 156.55 | 20.65 |
| 16 | 05/08/13 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 682.43 | 682.43 | 0.00 | 682.43 | 90.02 |

Printed: 06/25/13 07:04 AM

# Claims Distribution Register

Page: 3

### Case: 12-83958   HONGSERMEIER, BRENT W

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 17 | 05/14/13 | 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 463.64 | 463.64 | 0.00 | 463.64 | 61.16 |
| 18 | 05/16/13 | 610 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL<br>ASSOCIATION ND,PO Box 41067<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 6,808.83 | 6,808.83 | 0.00 | 6,808.83 | 898.11 |
| | | | **Total for Priority 610:   13.19046% Paid** | **$56,319.73** | **$56,319.73** | **$0.00** | **$56,319.73** | **$7,428.83** |
| | | | **Total for Unsecured Claims:** | **$56,319.73** | **$56,319.73** | **$0.00** | **$56,319.73** | **$7,428.83** |
| | | | **Total for Case :** | **$58,866.23** | **$58,866.23** | **$0.00** | **$58,866.23** | **$9,975.33** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-83958
Case Name: HONGSERMEIER, BRENT W
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 9,975.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,975.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 796.50 | 0.00 | 796.50 |

Total to be paid for chapter 7 administration expenses: $ 2,546.50
Remaining balance: $ 7,428.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,428.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 7,428.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,319.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 8,234.97 | 0.00 | 1,086.23 |
| 2 | Discover Bank | 3,821.04 | 0.00 | 504.01 |
| 3 | PYOD, LLC its successors and assigns as assignee | 1,591.82 | 0.00 | 209.97 |
| 4 | PYOD, LLC its successors and assigns as assignee | 14,100.68 | 0.00 | 1,859.94 |
| 5 | Credit First NA | 1,489.09 | 0.00 | 196.42 |
| 6 | Capital One Bank (USA), N.A. | 2,723.19 | 0.00 | 359.20 |
| 7 | Capital One Bank (USA), N.A. | 1,271.02 | 0.00 | 167.65 |
| 8 | Capital One Bank (USA), N.A. | 4,817.44 | 0.00 | 635.44 |
| 9 | Capital One Bank (USA), N.A. | 2,274.66 | 0.00 | 300.04 |
| 10 | Quantum3 Group LLC as agent for | 126.96 | 0.00 | 16.75 |
| 11 | FIA CARD SERVICES, N.A. | 1,464.75 | 0.00 | 193.21 |
| 12 | Quantum3 Group LLC as agent for | 275.94 | 0.00 | 36.40 |
| 13 | eCAST Settlement Corporation, assignee | 347.76 | 0.00 | 45.87 |
| 14 | GE Capital Retail Bank | 5,668.96 | 0.00 | 747.76 |
| 15 | Capital Recovery V, LLC | 156.55 | 0.00 | 20.65 |
| 16 | Capital Recovery V, LLC | 682.43 | 0.00 | 90.02 |
| 17 | Capital One, N.A. | 463.64 | 0.00 | 61.16 |
| 18 | Portfolio Recovery Associates, LLC | 6,808.83 | 0.00 | 898.11 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 7,428.83 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**