**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HONGSERMEIER, BRENT W § Case No. 12-83958
   HONGSERMEIER, CARRIE A § 
 §
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  U.S. Bankruptcy Court
  Stanley J. Roszkowski U.S. Courthouse
  327 South Church Street
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/07/2013 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/25/2013          By:  /s/JAMES E. STEVENS
                                                    Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: HONGSERMEIER, BRENT W | § | Case No. 12-83958 |
| HONGSERMEIER, CARRIE A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $     10,000.00

*and approved disbursements of*      $     24.67

*leaving a balance on hand of* [1]      $     9,975.33

**Balance on hand:**      $     9,975.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    9,975.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 796.50 | 0.00 | 796.50 |

Total to be paid for chapter 7 administration expenses:    $    2,546.50
Remaining balance:    $    7,428.83

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,428.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,428.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,319.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 8,234.97 | 0.00 | 1,086.23 |
| 2 | Discover Bank | 3,821.04 | 0.00 | 504.01 |
| 3 | PYOD, LLC its successors and assigns as assignee | 1,591.82 | 0.00 | 209.97 |
| 4 | PYOD, LLC its successors and assigns as assignee | 14,100.68 | 0.00 | 1,859.94 |
| 5 | Credit First NA | 1,489.09 | 0.00 | 196.42 |
| 6 | Capital One Bank (USA), N.A. | 2,723.19 | 0.00 | 359.20 |
| 7 | Capital One Bank (USA), N.A. | 1,271.02 | 0.00 | 167.65 |
| 8 | Capital One Bank (USA), N.A. | 4,817.44 | 0.00 | 635.44 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| 9 | Capital One Bank (USA), N.A. | 2,274.66 | 0.00 | 300.04 |
| 10 | Quantum3 Group LLC as agent for | 126.96 | 0.00 | 16.75 |
| 11 | FIA CARD SERVICES, N.A. | 1,464.75 | 0.00 | 193.21 |
| 12 | Quantum3 Group LLC as agent for | 275.94 | 0.00 | 36.40 |
| 13 | eCAST Settlement Corporation, assignee | 347.76 | 0.00 | 45.87 |
| 14 | GE Capital Retail Bank | 5,668.96 | 0.00 | 747.76 |
| 15 | Capital Recovery V, LLC | 156.55 | 0.00 | 20.65 |
| 16 | Capital Recovery V, LLC | 682.43 | 0.00 | 90.02 |
| 17 | Capital One, N.A. | 463.64 | 0.00 | 61.16 |
| 18 | Portfolio Recovery Associates, LLC | 6,808.83 | 0.00 | 898.11 |

Total to be paid for timely general unsecured claims:  $ 7,428.83
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
                           Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                          Case No. 12-83958-TML
Brent W Hongsermeier                                            Chapter 7
Carrie A Hongsermeier
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3         User: vgossett              Page 1 of 3           Date Rcvd: Jul 11, 2013
                             Form ID: pdf006             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2013.
db/jdb       +Brent W Hongsermeier,    Carrie A Hongsermeier,    710 Park Avenue,    Galena, IL 61036-2315
19922226     +AGA Adjustments,    740 Walt Whitman Road,    Melville, NY 11747-2212
19922214     +Avon Product, INC,    6901 Golf Drive,    Morton Grove, IL 60053-1390
19922215     +Avon Product, INC,    POB 94223,   Palatine, IL 60094-4223
19592507      Bank of America,    PO Box 15726,   Wilmington, DE 19886-5726
19592506      Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
19592508    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     Bankruptcy Department,    PO Box 5155,
               Norcross, GA 30091)
19592512      Capital One Bank,    PO Box 5294,   Carol Stream, IL 60197-5294
19592509      Capital One Bank,    PO Box 6492,   Carol Stream, IL 60197-6492
19592510      Capital One Bank,    PO Box 790216,    Saint Louis, MO 63179-0216
20119376      Capital One Bank (USA), N.A.,     PO Box 71083,   Charlotte, NC 28272-1083
20478076      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19592513     +Carmella Modera,    Galena, IL 61036
19592514      Chase,    Cardmember Service,   PO Box 15153,    Wilmington, DE 19886-5153
19592515      Citicards,    Processing center,   Des Moines, IA 50369-0001
20095878     +Credit First NA,    Po Box 818011,   Cleveland, OH 44181-8011
19592516     +Credit First NA,    POB 81344,   Cleveland, OH 44188-0001
19922216     +Expert Tire,    POB 81410,   Cleveland, OH 44181-0410
20276199      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19592520     +Galena State Bank,    PO Box 317,   Galena, IL 61036-0317
19592521     +Gills Freeport Disposal,    POB 64,   Freeport, IL 61032-0064
19592522      HSBC Card Services,    PO Box 17051,   Baltimore, MD 21297-1051
19922218      HSBC Retail Service,    PO Box 4144,   Carol Stream, IL 60197-4144
20489858    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,      successor to US BANK NATIONAL,
               ASSOCIATION ND,    PO Box 41067,   Norfolk, VA 23541)
19922221     +Pay Pal,   POB 981064,    El Paso, TX 79998-1064
19922224      Sears,   PO Box 182149,    Columbus, OH 43218-2149
19592524      Target,    Retailers National Bank,    PO Box 59231,   Minneapolis, MN 55459-0231
19592525      Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
19922225     +The Sherwin Williams Co.,    2070 Holiday Drive,    Dubuque, IA 52002-0471
19592527    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,     PO Box 790179,    Saint Louis, MO 63179-0179)
19922227     +World Financial National Net. Bank,     PO Box 182124,    Columbus, OH 43218-2124
19922231     +Younkers,    PO Box 659813,   San Antonio, TX 78265-9113
19922229     +Younkers,    PO Box 5211,   Carol Stream, IL 60197-5211
19922230     +Younkers,    PO BOX 37201,   Baltimore, MD 21297-3201
20429338      eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20053258      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2013 00:12:31
               American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK 73124-8866
20320108      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2013 00:12:53
               American InfoSource LP as agent for TD Bank, USA,     PO Box 248866,
               Oklahoma City, OK 73124-8866
20452924      E-mail/PDF: rmscedi@recoverycorp.com Jul 12 2013 00:10:52      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19592518      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2013 00:12:53       Discover,   PO Box 15192,
               Wilmington, DE 19850-5192
19592517      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2013 00:12:53       Discover,   PO Box 30395,
               Salt Lake City, UT 84130-0395
20054232      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2013 00:12:53       Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
20452920      E-mail/PDF: rmscedi@recoverycorp.com Jul 12 2013 00:12:46      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,     Miami FL 33131-1605
19592519     +E-mail/Text: bankruptcy@htlf.com Jul 12 2013 00:08:16      Galena State Bank,    PO Box 360,
               Dubuque, IA 52004-0360
19922219      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:12:43      JC Penney,    PO Box 960001,
               Orlando, FL 32896-0001
19922220      E-mail/Text: bnckohlsnotices@becket-lee.com Jul 12 2013 00:06:22       Kohl's,   PO Box 2983,
               Milwaukee, WI 53201-2983
19592523     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:12:43      Lowe's/GEMB,    PO Box 530970,
               Atlanta, GA 30353-0970
20085799     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 12 2013 00:05:56
               PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
19922223      E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2013 00:11:41      Paypal Buyer Credit,
               PO Box 960080,   Orlando, FL 32896-0080
20245668      E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2013 00:08:47
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0752-3           User: vgossett            Page 2 of 3                  Date Rcvd: Jul 11, 2013
                               Form ID: pdf006           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                   TOTAL: 14

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19592526*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    PO Box 790408,    Saint Louis, MO 63179-0179)
19592528*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
19592511      ##+Capital One Bank,    PO Box 85012,    Richmond, VA 23285-5012
                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett            Page 3 of 3                  Date Rcvd: Jul 11, 2013
                              Form ID: pdf006           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2013 at the address(es) listed below:

        Carole J. Ryczek    on behalf of Trustee James E Stevens carole.ryczek@usdoj.gov
        James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
        James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
        Mark  Zaleski    on behalf of Joint Debtor Carrie A Hongsermeier attyzaleski@comcast.net, tremmers.mez@comcast.net
        Mark  Zaleski    on behalf of Debtor Brent W Hongsermeier attyzaleski@comcast.net, tremmers.mez@comcast.net
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 6