# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HONGSERMEIER, BRENT W           § Case No. 12-83958
     HONGSERMEIER, CARRIE A         §
                                     §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $235,215.00            Assets Exempt: $43,950.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,428.83      Claims Discharged
                                                                           Without Payment: $93,690.90

Total Expenses of Administration: $2,571.17

---

    3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $187,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,571.17 | 2,571.17 | 2,571.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 63,400.00 | 56,319.73 | 56,319.73 | 7,428.83 |
| **TOTAL DISBURSEMENTS** | $250,400.00 | $58,890.90 | $58,890.90 | $10,000.00 |

    4) This case was originally filed under Chapter 7 on October 22, 2012. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/30/2013          By: /s/JAMES E. STEVENS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Detached garage located at corner of Bouthier an | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Galena State Bank | 4110-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Galena State Bank | 4110-000 | 157,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Galena State Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$187,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 796.50 | 796.50 | 796.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 14.67 | 14.67 | 14.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,571.17 | $2,571.17 | $2,571.17 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | N/A | 8,234.97 | 8,234.97 | 1,086.23 |
| 2 | Discover Bank | 7100-000 | 3,200.00 | 3,821.04 | 3,821.04 | 504.01 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,591.82 | 1,591.82 | 209.97 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 14,100.68 | 14,100.68 | 1,859.94 |
| 5 | Credit First NA | 7100-000 | N/A | 1,489.09 | 1,489.09 | 196.42 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 2,000.00 | 2,723.19 | 2,723.19 | 359.20 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 1,100.00 | 1,271.02 | 1,271.02 | 167.65 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 4,500.00 | 4,817.44 | 4,817.44 | 635.44 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 2,100.00 | 2,274.66 | 2,274.66 | 300.04 |
| 10 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 126.96 | 126.96 | 16.75 |
| 11 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 1,464.75 | 1,464.75 | 193.21 |
| 12 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 275.94 | 275.94 | 36.40 |
| 13 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 347.76 | 347.76 | 45.87 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | GE Capital Retail Bank | 7100-000 | 5,700.00 | 5,668.96 | 5,668.96 | 747.76 |
| 15 | Capital Recovery V, LLC | 7100-000 | N/A | 156.55 | 156.55 | 20.65 |
| 16 | Capital Recovery V, LLC | 7100-000 | N/A | 682.43 | 682.43 | 90.02 |
| 17 | Capital One, N.A. | 7100-000 | N/A | 463.64 | 463.64 | 61.16 |
| 18 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,808.83 | 6,808.83 | 898.11 |
| NOTFILED | The Sherwin Williams Co. | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | AGA Adjustments | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pay Pal | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Paypal Buyer Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | World Financial National Net. Bank | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards Processing center | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Retailers National Bank | 7100-000 | 7,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's/GEMB | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 6,600.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's/GEMB | 7100-000 | 5,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Gills Freeport Disposal | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Younkers | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards Processing center | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit First NA | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Younkers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Discover | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Younkers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Expert Tire | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit First NA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Avon Product, INC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Avon Product, INC | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $63,400.00 | $56,319.73 | $56,319.73 | $7,428.83 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83958  
**Case Name:** HONGSERMEIER, BRENT W  
HONGSERMEIER, CARRIE A  
**Period Ending:** 09/30/13

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/22/12 (f)  
**§341(a) Meeting Date:** 11/29/12  
**Claims Bar Date:** 05/17/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   Single family residence located at 710 Park Ave, Imported from original petition Doc# 8 | 215,000.00 | 0.00 | | 0.00 | FA |
| 2   Detached garage located at corner of Bouthier an Imported from original petition Doc# 8 | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 3   Cash from wages Imported from original petition Doc# 8 | 100.00 | 0.00 | | 0.00 | FA |
| 4   Checking account at Galena State Bank Imported from original petition Doc# 8 | 500.00 | 350.00 | | 0.00 | FA |
| 5   Business checking at Galena State Bank, Galena, Imported from original petition Doc# 8 | 200.00 | 200.00 | | 0.00 | FA |
| 6   2 Checking accounts at First Community Bank, Gal Imported from original petition Doc# 8 | 500.00 | 500.00 | | 0.00 | FA |
| 7   Furniture, furnishings, appliances and misc. oth Imported from original petition Doc# 8 | 3,000.00 | 0.00 | | 0.00 | FA |
| 8   Books, pictures, dvds, music cds, coins and misc Imported from original petition Doc# 8 | 500.00 | 0.00 | | 0.00 | FA |
| 9   Debtor's clothing Imported from original petition Doc# 8 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10  Rings, watches and misc. other items Imported from original petition Doc# 8 | 350.00 | 0.00 | | 0.00 | FA |
| 11  Misc. sporting goods and recreational items Imported from original petition Doc# 8 | 250.00 | 100.00 | | 0.00 | FA |
| 12  Term life policy Imported from original petition Doc# 8 | 0.00 | 0.00 | | 0.00 | FA |
| 13  Mr Hongsermeier is self employed on a part time Imported from original petition Doc# 8 | Unknown | 0.00 | | 0.00 | FA |
| 14  Money owed for painting jobs Imported from original petition Doc# 8 | 500.00 | 500.00 | | 0.00 | FA |
| 15  Social security for wife Imported from original petition Doc# 8 | 465.00 | 15.00 | | 0.00 | FA |
| 16  2000 Dodge Caravan vehicle Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83958
**Case Name:** HONGSERMEIER, BRENT W
HONGSERMEIER, CARRIE A
**Period Ending:** 09/30/13

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 10/22/12 (f)
**§341(a) Meeting Date:** 11/29/12
**Claims Bar Date:** 05/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 2003 Dodge Dakota<br>Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 18 | 1991 Ford bucket truck<br>Imported from original petition Doc# 8 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 19 | 1972 Dodge dart owned by son<br>Imported from original petition Doc# 8 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 20 | Equipment used in painting and restoration busin<br>Imported from original petition Doc# 8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 21 | Misc. antique inventory<br>Imported from original petition Doc# 8 | 4,000.00 | 600.00 | | 0.00 | FA |
| 22 | Misc. household implements and tools<br>Imported from original petition Doc# 8 | 150.00 | 0.00 | | 0.00 | FA |
| 23 | lawn mower and misc. lawn equipment<br>Imported from original petition Doc# 8 | 200.00 | 0.00 | | 0.00 | FA |
| 23 | **Assets Totals** (Excluding unknown values) | **$245,215.00** | **$16,265.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 25, 2013          **Current Projected Date Of Final Report (TFR):**    June 25, 2013  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-83958  
**Case Name:** HONGSERMEIER, BRENT W  
HONGSERMEIER, CARRIE A  
**Taxpayer ID #:** **-***5149  
**Period Ending:** 09/30/13  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****903766 - Checking Account  
**Blanket Bond:** $277,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/13 | {2} | Brent Hongsermeier | payment per Order re garage | 1110-000 | 10,000.00 | | 10,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 06/11/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2013 FOR CASE #12-83958 | 2300-000 | | 14.67 | 9,975.33 |
| 08/08/13 | 102 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $796.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 796.50 | 9,178.83 |
| 08/08/13 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,750.00, Trustee Compensation;  Reference: | 2100-000 | | 1,750.00 | 7,428.83 |
| 08/08/13 | 104 | American InfoSource LP as agent for TD Bank, USA | Dividend paid  13.19% on $8,234.97; Claim# 1; Filed: $8,234.97; Reference: | 7100-000 | | 1,086.23 | 6,342.60 |
| 08/08/13 | 105 | Discover Bank | Dividend paid  13.19% on $3,821.04; Claim# 2; Filed: $3,821.04; Reference: | 7100-000 | | 504.01 | 5,838.59 |
| 08/08/13 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid  13.19% on $1,591.82; Claim# 3; Filed: $1,591.82; Reference: | 7100-000 | | 209.97 | 5,628.62 |
| 08/08/13 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid  13.19% on $14,100.68; Claim# 4; Filed: $14,100.68; Reference: | 7100-000 | | 1,859.94 | 3,768.68 |
| 08/08/13 | 108 | Credit First NA | Dividend paid  13.19% on $1,489.09; Claim# 5; Filed: $1,489.09; Reference: | 7100-000 | | 196.42 | 3,572.26 |
| 08/08/13 | 109 | Capital One Bank (USA), N.A. | Dividend paid  13.19% on $2,723.19; Claim# 6; Filed: $2,723.19; Reference: | 7100-000 | | 359.20 | 3,213.06 |
| 08/08/13 | 110 | Capital One Bank (USA), N.A. | Dividend paid  13.19% on $1,271.02; Claim# 7; Filed: $1,271.02; Reference: | 7100-000 | | 167.65 | 3,045.41 |
| 08/08/13 | 111 | Capital One Bank (USA), N.A. | Dividend paid  13.19% on $4,817.44; Claim# 8; Filed: $4,817.44; Reference: | 7100-000 | | 635.44 | 2,409.97 |
| 08/08/13 | 112 | Capital One Bank (USA), N.A. | Dividend paid  13.19% on $2,274.66; Claim# 9; Filed: $2,274.66; Reference: | 7100-000 | | 300.04 | 2,109.93 |
| 08/08/13 | 113 | Quantum3 Group LLC as agent for | Dividend paid  13.19% on $126.96; Claim# 10; Filed: $126.96; Reference: | 7100-000 | | 16.75 | 2,093.18 |
| 08/08/13 | 114 | FIA CARD SERVICES, N.A. | Dividend paid  13.19% on $1,464.75; Claim# 11; Filed: $1,464.75; Reference: | 7100-000 | | 193.21 | 1,899.97 |
| 08/08/13 | 115 | Quantum3 Group LLC as agent for | Dividend paid  13.19% on $275.94; Claim# 12; Filed: $275.94; Reference: | 7100-000 | | 36.40 | 1,863.57 |
| 08/08/13 | 116 | eCAST Settlement Corporation, assignee | Dividend paid  13.19% on $347.76; Claim# 13; Filed: $347.76; Reference: | 7100-000 | | 45.87 | 1,817.70 |
| 08/08/13 | 117 | GE Capital Retail Bank | Dividend paid  13.19% on $5,668.96; Claim# 14; Filed: $5,668.96; Reference: | 7100-000 | | 747.76 | 1,069.94 |
| 08/08/13 | 118 | Capital Recovery V, LLC | Dividend paid  13.19% on $156.55; Claim# 15; Filed: $156.55; Reference: | 7100-000 | | 20.65 | 1,049.29 |

Subtotals :   $10,000.00   $8,950.71

{} Asset reference(s)

Printed: 09/30/2013 08:47 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-83958  
**Case Name:** HONGSERMEIER, BRENT W  
HONGSERMEIER, CARRIE A  
**Taxpayer ID #:** **-***5149  
**Period Ending:** 09/30/13  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****903766 - Checking Account  
**Blanket Bond:** $277,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/13 | 119 | Capital Recovery V, LLC | Dividend paid  13.19% on $682.43; Claim# 16; Filed: $682.43; Reference: | 7100-000 | | 90.02 | 959.27 |
| 08/08/13 | 120 | Capital One, N.A. | Dividend paid  13.19% on $463.64; Claim# 17; Filed: $463.64; Reference: | 7100-000 | | 61.16 | 898.11 |
| 08/08/13 | 121 | Portfolio Recovery Associates, LLC | Dividend paid  13.19% on $6,808.83; Claim# 18; Filed: $6,808.83; Reference: | 7100-000 | | 898.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.00 | 10,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.00** | **$10,000.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****903766** | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)

Printed: 09/30/2013 08:47 AM   V.13.13